USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

W.P., *individually*, *et al.*,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

1:26-cv-2994-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated July 27, 2026, Dkt. No. 10, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 10, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's July 27, 2026 order forthwith and in any event no later than August 13, 2026.

SO ORDERED.

Dated: August 11, 2026

GREGORY H. WOODS
United States District Judge